STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MI-
CHAEL MUSSIKEE ET AL., PLAINTIFFS IN ERROR.

Argued February 20, 1928—Decided May 14, 1928.

For the defendant in error, *Joseph L. Smith*.

For the plaintiffs in error, *Merritt Lane* and *Kessler & Kessler*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, MINTURN, KALISCH, KATZENBACH, CAMPBELL, VAN BUS-KIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.